**Opinion issued December 19, 2019**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

## NO. 01-19-00565-CV

————————————

## IN RE AMLI/BPMT TOWNE SQUARE PARTNERSHIP, AMLI RESIDENTIAL PROPERTIES, L.P., AMLI RESIDENTIAL PARTNERS, LLC, AND AMLI MANAGEMENT COMPANY, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relators, AMLI/BPMT Towne Square Partnership, AMLI Residential Properties, L.P., AMLI Residential Partners LLC, and AMLI Management Company, have filed a petition for writ of mandamus, seeking to have this Court

reverse the trial court's order denying relators' motion to enforce a contractual jury waiver.[1]

We **deny** relators' petition for a writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We deny the motion to strike portions of the mandamus record filed by the real parties in interest. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.

---

[1] The underlying case is *Baron Real Property Holdings LLC and TSQuare Apts LLC v. AMLI/BPMT Towne Square Partnership, AMLI Residential Properties, L.P., AMLI Residential Partners LLC, and AMLI Management Company*, cause number 2017-24217, pending in the 295th District Court of Harris County, Texas, the Honorable Donna Roth presiding.